UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MICHAEL STEVEN WILKES,

                                        Plaintiff,

                                                          DECISION AND ORDER

                                                          08-CV-6252L

                        v.

CHARLES SMALL, et al.,

                                        Defendants.

_____

The complaint in this case was previously dismissed by the Court pursuant to 28 U.S.C. §

1915(e)(2)(B)(i) on the grounds the complaint is frivolous, delusional which lacks any arguable basis

in law. Familiarity with that decision is presumed. The Court also denied leave to appeal on the

grounds that any appeal would not be taken in good faith.

Plaintiff then moved for reconsideration (Dkt. #7) and also moved for an arrest of certain

individuals (Dkt. #8). Both motions are denied as frivolous.

IT IS SO ORDERED.

_____
                        DAVID G. LARIMER
                    United States District Judge

Dated: Rochester, New York
            August 20, 2009.